FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2015 MAR -9 PM 5: 12

CLERK_____
SO. DIST. OF GA.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **ORDER TO DISMISS** |
|  | ) |  |
| **v.** | ) | **4:14-PO-00393** |
|  | ) |  |
| **JODI C. SMITH** | ) |  |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the information in the

above-captioned case is dismissed as requested by the United States Attorney.

SO ORDERED, this _____ day of March, 2015.

HONORABLE G.R. SMITH
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA